Argued September 22, affirmed October 4, 1976

# In the Matter of the Dissolution of the Marriage of
## LELACK, *Respondent,*
### *and*
## LELACK, *Appellant.*
### (No. 90986, CA 6011)
554 P2d 635

*John L. Hemann,* Salem, argued the cause for appellant. With him on the brief were Garrett, Seideman & Hemann, Salem.

*Mark L. B. Wheeler,* Salem, argued the cause for respondent. With him on the brief were Schlegel, Milbank, Wheeler & Jarman, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM

**PER CURIAM**

In this dissolution-of-marriage proceeding the appellant-husband contends that the trial court erred in awarding custody of the children to the respondent-mother, in the amount of support awarded and in the property settlement which consisted mostly of a distribution of the family debts. Suffice it to say that we deem the decree of the trial court eminently reasonable in all respects.

Affirmed. Costs to respondent.